FILED
2022 FEB 8 AM 10:01
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JUSTIN JOHNSON,<br><br>      Plaintiff,<br><br>v.<br><br>SALT LAKE CITY SCHOOL DISTRICT,<br><br>      Defendant. | **ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-cv-743-JNP-DAO<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is a stipulated motion to dismiss filed by plaintiff Justin Johnson (ECF No. 58). Pursuant to Rule 41 of the Federal Rules of Civil Procedure and finding good cause, the court DISMISSES WITH PREJUDICE all claims and causes of action by plaintiff Justin Johnson, based on the parties' agreement. Each party shall each bear their own attorney fees and costs.

DATED February 8, 2022.

BY THE COURT

Jill N. Parrish
United States District Court Judge